**Exhibit A to the Complaint**

**Location:** Durango, CO  **IP Address:** 69.146.248.41
**Total Works Infringed:** 25  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 8210F1DC309A2DD453201446A6329E16D7694A89<br>File Hash: DC7B153A2EDB7F4D11AD0911B88B7561404606B8AEC8ECCC6476FBA128BEAD35 | 07/24/2024 23:45:39 | Tushy | 11/26/2023 | 12/13/2023 | PA0002445325 |
| 2 | Info Hash: CE540EB2C512DC71660CEAC109F6CA4DDA5C8B55<br>File Hash: D1EE45C3581062A21D660DB171416E93C490068555DE3290CBB2165C8E920204 | 07/22/2024 23:39:47 | Tushy | 05/26/2024 | 06/19/2024 | PA0002476873 |
| 3 | Info Hash: 6C6522DCC77712F6BC7CA8ACA80AAC1BB5D3D7D5<br>File Hash: F43618DD8D35C5108864931339AC049A28A567491D9F20935EBBFD61B4A6B398 | 07/04/2024 22:36:01 | Vixen | 06/23/2017 | 07/07/2017 | PA0002070829 |
| 4 | Info Hash: B9900C0B16C783D7522C174A49A24B5FCDB48F54<br>File Hash: 50828DF736CC9014C627E372E78C7509018E24C645DCEDFE59EAA6F02D74CC08 | 06/21/2024 22:54:22 | Vixen | 03/03/2023 | 04/10/2023 | PA0002405936 |
| 5 | Info Hash: 570ADBBB385588D27AC048E1C5E6D9D686A08A39<br>File Hash: A8E31D9E099E252807F9D97CDD655513D1BB72EF0912DB7668048E3E645898F0 | 06/01/2024 01:23:00 | Tushy | 12/05/2021 | 12/09/2021 | PA0002325840 |
| 6 | Info Hash: 1A2A89BAB8277EE57FF9CC97FD3D372BF7DB6145<br>File Hash: F4DA36D511DD674710797DA9EA776FF5073C2B3086EAE71AA45748FE43B2DAB0 | 05/31/2024 13:51:53 | Vixen | 09/22/2023 | 10/18/2023 | PA0002435594 |
| 7 | Info Hash: 4FA6DAA4B0424D75CAC76A3588F638BA67C3EB7B<br>File Hash: 8182D585A1C509C0468E762BC35C7A5A5F1A3E370C43550AD51056D2B5897FE4 | 05/11/2024 18:46:56 | Vixen | 02/09/2024 | 03/13/2024 | PA0002459341 |
| 8 | Info Hash: 949DD21A0028D4559D6ED23BB48B331B100A63D5<br>File Hash: F036D84C0760D53810CB5F7F9A80C57AD2D9FC2D55F7C9760EB7293CFCA15C95 | 05/02/2024 00:24:14 | TushyRaw | 03/19/2024 | 04/12/2024 | PA0002465215 |
| 9 | Info Hash: 03C069E6AEB87AFBA7D5C238902F8B37E79B3A47<br>File Hash: D529C07D0BB9480ACA88916FA1E57CE98498A9620B6923EBD09F31BEF3E2ADB7 | 04/30/2024 17:41:37 | Tushy | 07/25/2019 | 08/22/2019 | PA0002195515 |
| 10 | Info Hash: 86EACEF33A470A47EEB133943FF04EB390F897A8<br>File Hash: D32F2B4068A7598B50A5DD4C795E35593F12ADD352FB752D4A20AE6A43828D9F | 04/27/2024 06:22:22 | Tushy | 01/07/2024 | 01/16/2024 | PA0002449442 |
| 11 | Info Hash: A1664017567AB5B323B029EDAC26496A7AA65A2E<br>File Hash: F7B562EF391535B385EB3E2E762109B0B9383D3A92C9ED49335CC39E8F40A8CE | 04/27/2024 06:18:40 | Vixen | 07/14/2023 | 08/17/2023 | PA0002425769 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: D440379C6C7E543015741EEFBB8F44BF694EE1D4<br>File Hash: 01517CCEABABC607027F610CFE2E7D9F1EC4F6171F1FA0588A9FD6BACA8B3956 | 04/27/2024 06:15:33 | Vixen | 05/12/2023 | 06/09/2023 | PA0002415370 |
| 13 | Info Hash: 7E55EEE7E3D566F74E389AA6262B0B6F4A551118<br>File Hash: A7F4E0943508A2694A0FE2D61024363964202DBCFFCE54C8D227D584B68FF306 | 04/04/2024 01:40:58 | Tushy | 03/26/2023 | 04/07/2023 | PA0002405762 |
| 14 | Info Hash: 36C032E0D20FB461E5BFA395367401D89C726783<br>File Hash: C9DBB2878D4B77942D2DA9627E617148EA7EF771F469906E495D9286DEF4DFA9 | 03/30/2024 14:38:23 | Vixen | 12/29/2023 | 01/16/2024 | PA0002449515 |
| 15 | Info Hash: 557B0DE14F6A7A062A05FC99F16612D803949D3D<br>File Hash: 9EF62CAA1C0D9C52B514A1F0AA148B3661ACC17A9086063745262761793AEDBC | 03/22/2024 23:04:23 | Tushy | 05/21/2019 | 06/17/2019 | PA0002181294 |
| 16 | Info Hash: BD6E8F14B41F1294FC6A1BD8D077173DBAFFD055<br>File Hash: 9EDF4A7C85F17EF6C4A519003E6342A404BB9038193B2EFF5EF345355E106A80 | 03/10/2024 20:51:20 | Vixen | 03/08/2024 | 04/12/2024 | PA0002465385 |
| 17 | Info Hash: C9A452B31D2F70E3A6DA02855CA82016C6A326BE<br>File Hash: B76C7C8F92491935EF7F877D229299218A4A2C33782A31729712D21AD61285D3 | 02/28/2024 23:49:41 | Tushy | 09/24/2023 | 10/18/2023 | PA0002435287 |
| 18 | Info Hash: 4C3A7C56ED25D218CBEB5D084BB7900C76335DCB<br>File Hash: 413CF6A301378FD67B5CD53F95FD33814884E0722335630691EF13F9C4C99868 | 02/14/2024 00:58:06 | Tushy | 07/30/2023 | 08/17/2023 | PA0002425542 |
| 19 | Info Hash: 192D90AA4CEF89439DAF59A2855B0CB547ECC2F5<br>File Hash: 2D1AAA2ED3B5798F4C25FB40DEAB4590EDDFCA3E3780D643C040087410513F78 | 01/18/2024 21:17:09 | Tushy | 01/14/2024 | 02/14/2024 | PA0002455009 |
| 20 | Info Hash: 7CFD317743E3A1E2C24223EB2171FEBEAD05F16E<br>File Hash: 2C05F4C54AFCBCD97030D9F2819D1D21AEA172DACD0B74678A8FC181D2FEB6DD | 01/18/2024 21:16:37 | Tushy | 07/23/2023 | 08/17/2023 | PA0002425533 |
| 21 | Info Hash: 2D8F105CB57AD0FD1250254D4910D00E4CBBCDCC<br>File Hash: E02D528851367835DE17CC4D35D0BA309A12CBBFE4576886A79AEB1B91F66DCC | 01/16/2024 23:20:19 | Vixen | 05/15/2020 | 06/08/2020 | PA0002243648 |
| 22 | Info Hash: BB3215E8561A88B67F8C6EE1280DB47FB848E8BE<br>File Hash: 27C094AC9621E2D7E85C275B3C1A8F0F8C0444389E8452F00C67CCF08102600F | 01/05/2024 23:41:41 | TushyRaw | 12/06/2023 | 12/13/2023 | PA0002445426 |
| 23 | Info Hash: 7B39ABD925F317DA70E4F627EB0456FBE2544C30<br>File Hash: 9E23AB0CC3CDEA2A843D2BD43BDD0DBCC262BB46BD464F67E1020B02DCF5F706 | 12/22/2023 06:47:06 | Blacked Raw | 11/06/2023 | 11/13/2023 | PA0002439619 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 3301F19621C5B30F59962EC6E2706AE6E4AC4138<br>File Hash: 08DBD67A6638C184A34B2C956A764EB43AE293CD92AEE0B98AB4425C19811C8F | 12/20/2023 00:44:28 | Vixen | 12/15/2023 | 01/16/2024 | PA0002449514 |
| 25 | Info Hash: 753C56352899C5A7DD265E39ADDB7C75A2B9DDA6<br>File Hash: E46DB9F79AEB5A17220F2BB9FF5C34251F8FF9C3F1E20AFCD467145D47A1C4BF | 12/08/2023 15:57:32 | Tushy | 10/22/2023 | 12/05/2023 | PA0002443588 |