## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 24-2338

STRIKE 3 HOLDINGS, LLC,

      Plaintiff,

v.

JOHN DOE subscriber assigned IP address 69.146.248.41,

      Defendant.

_____/

## <u>NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT</u>

      PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1, Plaintiff's parent corporation is General Media Systems, LLC.   There are no publicly traded corporations that currently own 10% or more of Plaintiff's stock.

      Dated: August 23, 2024

      Respectfully submitted,

      By: */s/ Jessica Fernandez*
      Jessica Fernandez, Esq.
      Associate In-House Counsel
      General Media Systems, LLC
      11239 Ventura Blvd.
      Suite #103 Box 717
      Studio City, CA 91604
      E-mail: Jessica@Strike3Holdings.com
      Phone: 818-253-1453
      Fax: 323-872-0022

      *Attorney for Plaintiff, Strike 3 Holdings, LLC*

1