AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | United Stated District Court - District of Colorado |

| DOCKET NO. | DATE FILED | |
|---|---|---|
| 24-2338 | 8/23/2024 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| STRIKE 3 HOLDINGS, LLC | JOHN DOE subscriber assigned IP address 69.146.248.41 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit A to the Complaint

**Location:** Durango, CO  
**Total Works Infringed:** 25

**IP Address:** 69.146.248.41  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 8210F1DC309A2DD453201446A6329E16D7694A89<br>File Hash: DC7B153A2EDB7F4D11AD0911B88B75614046068AEC8ECCC6476FBA128BEAD35 | 07/24/2024 23:45:39 | Tushy | 11/26/2023 | 12/13/2023 | PA0002445325 |
| 2 | Info Hash: CE540EB2C512DC71660CEAC109F6CA4DDA5C8B55<br>File Hash: D1EE45C35810062A21D660DB171416E93C4900068555DE3290CBB2165C8E920204 | 07/22/2024 23:39:47 | Tushy | 05/26/2024 | 06/19/2024 | PA0002476873 |
| 3 | Info Hash: 6C6522DCC77712F6BC7CA8ACA80AAC1BB5D3D7D5<br>File Hash: F43618DD8D35C510886493133 9AC049A28A567491D9F20935EBBFD61B4A6B398 | 07/04/2024 22:36:01 | Vixen | 06/23/2017 | 07/07/2017 | PA0002070829 |
| 4 | Info Hash: B9900C0B16C783D7522C174A49A24B5FCDB48F54<br>File Hash: 50828DF736CC9014C627E372E78C7509018E24C645DCEDFE59EAA6F02D74CC08 | 06/21/2024 22:54:22 | Vixen | 03/03/2023 | 04/10/2023 | PA0002405936 |
| 5 | Info Hash: 570ADBBB385588D27AC048E1C5E6D9D686A08A39<br>File Hash: A8E31D9E099E252807F9D97CDD655513D1BB72EF0912DB7668048E3E645898F0 | 06/01/2024 01:23:00 | Tushy | 12/05/2021 | 12/09/2021 | PA0002325840 |
| 6 | Info Hash: 1A2A89BAB8277EE57FF9CC97FD3D372BF7DB6145<br>File Hash: F4DA36D511DD674710797DA9EA776FF55073C2B3086EAE71AA45748FE43B2DAB0 | 05/31/2024 13:51:53 | Vixen | 09/22/2023 | 10/18/2023 | PA0002435594 |
| 7 | Info Hash: 4FA6DAAA4B0424D75CAC76A3588F638BA67C3EB7B<br>File Hash: 8182D585A1C509C0468E762BC35C7A5A5F1A3E370C43550AD51056D2B5897FE4 | 05/11/2024 18:46:56 | Vixen | 02/09/2024 | 03/13/2024 | PA0002459341 |
| 8 | Info Hash: 949DD21A0028D4559D6ED23BB48B331B100A63D5<br>File Hash: F036D84C0760D53810CB5F7F9A80C57AD2D9FC2D55F7C9760EB7293CFCA15C95 | 05/02/2024 00:24:14 | TushyRaw | 03/19/2024 | 04/12/2024 | PA0002465215 |
| 9 | Info Hash: 03C069E6AEB87AFBA7D5C238902F8B37E79B3A47<br>File Hash: D529C07D0BB9480ACA88916FA1E57CE98498A9620B6923EBD09F31BEF3E2ADB7 | 04/30/2024 17:41:37 | Tushy | 07/25/2019 | 08/22/2019 | PA0002195515 |
| 10 | Info Hash: 86EACEF33A470A47EEB133943FF04EB390F897A8<br>File Hash: D32F2B4068A7598B50A5DD4C795E35593F12ADD352FB752D4A20AE6A43828D9F | 04/27/2024 06:22:22 | Tushy | 01/07/2024 | 01/16/2024 | PA0002449442 |
| 11 | Info Hash: A1664017567AB5B323B029EDAC26496A7AA65A2E<br>File Hash: F7B562EF391535B385EB3E2E762109B0B9383D3A92C9ED49335CC39E8F40A8CE | 04/27/2024 06:18:40 | Vixen | 07/14/2023 | 08/17/2023 | PA0002425769 |

<mark>Case No. 1:24-cv-02338-CMA-MEH    Document 4    filed 08/23/24    USDC Colorado    pg 3 of 4</mark>

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: D440379C6C7E543015741EEFBB8F44BF694EE1D4<br>File Hash: 01517CCEABABC607027F610CFE2E7D9F1EC4F6171F1FA0588A9FD6BACA8B3956 | 04/27/2024 06:15:33 | Vixen | 05/12/2023 | 06/09/2023 | PA0002415370 |
| 13 | Info Hash: 7E55EEE7E3D566F74E389AA6262B0B6F4A551118<br>File Hash: A7F4E0943508A2694A0FE2D61024363964202DBCFFCE54C8D227D584B68FF306 | 04/04/2024 01:40:58 | Tushy | 03/26/2023 | 04/07/2023 | PA0002405762 |
| 14 | Info Hash: 36C032E0D20FB461E5BFA39536740 1D89C726783<br>File Hash: C9DBB2878D4B77942D2DA9627E617148EA7EF771F469906E495D9286DEF4DFA9 | 03/30/2024 14:38:23 | Vixen | 12/29/2023 | 01/16/2024 | PA0002449515 |
| 15 | Info Hash: 557B0DE14F6A7A062A05FC99F16612D803949D3D<br>File Hash: 9EF62CAA1C0D9C52B514A1F0AA148B3661ACC17A9086063745262761793AEDBC | 03/22/2024 23:04:23 | Tushy | 05/21/2019 | 06/17/2019 | PA0002181294 |
| 16 | Info Hash: BD6E8F14B41F1294FC6A1BD8D077173DBAFFD055<br>File Hash: 9EDF4A7C85F17EF6C4A519003E6342A404BB9038193B2EFF5EF345355E106A80 | 03/10/2024 20:51:20 | Vixen | 03/08/2024 | 04/12/2024 | PA0002465385 |
| 17 | Info Hash: C9A452B31D2F70E3A6DA02855CA82016C6A326BE<br>File Hash: B76C7C8F92491935EF7F877D229299218A4A2C33782A31729712D21AD61285D3 | 02/28/2024 23:49:41 | Tushy | 09/24/2023 | 10/18/2023 | PA0002435287 |
| 18 | Info Hash: 4C3A7C56ED25D218CBEB5D084BB7900C76335DCB<br>File Hash: 413CF6A301378FD67B5CD53F95FD33814884E0722335630691EF13F9C4C99868 | 02/14/2024 00:58:06 | Tushy | 07/30/2023 | 08/17/2023 | PA0002425542 |
| 19 | Info Hash: 192D90AA4CEF89439DAF59A2855B0CB547ECC2F5<br>File Hash: 2D1AAA2ED3B5798F4C25FB40DEAB4590EDDFCA3E3780D643C04008741O513F78 | 01/18/2024 21:17:09 | Tushy | 01/14/2024 | 02/14/2024 | PA0002455009 |
| 20 | Info Hash: 7CFD317743E3A1E2C24223EB2171FEBEAD05F16E<br>File Hash: 2C05F4C54AFCBCD97030D9F2819D1D21AEA172DACD0B74678A8FC181D2FEB6DD | 01/18/2024 21:16:37 | Tushy | 07/23/2023 | 08/17/2023 | PA0002425533 |
| 21 | Info Hash: 2D8F105CB57AD0FD1250254D4910D00E4CBBCDCC<br>File Hash: E02D5288513678 35DE17CC4D35D0BA309A12CBBFE4576886A79AEB1B91F66DCC | 01/16/2024 23:20:19 | Vixen | 05/15/2020 | 06/08/2020 | PA0002243648 |
| 22 | Info Hash: BB3215E8561A88B67F8C6EE1280DB47FB848E8BE<br>File Hash: 27C094AC9621E2D7E85C275B3C1A8F0F8C0444389E8452F00C67CCF081O2600F | 01/05/2024 23:41:41 | TushyRaw | 12/06/2023 | 12/13/2023 | PA0002445426 |
| 23 | Info Hash: 7B39ABD925F317DA70E4F627EB0456FBE2544C30<br>File Hash: 9E23AB0CC3CDEA2A843D2BD43BDD0DBCC262B46BD464F67E1020B02DCF5F706 | 12/22/2023 06:47:06 | Blacked Raw | 11/06/2023 | 11/13/2023 | PA0002439619 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 3301F19621C5B30F59962EC6E2706AE6E4AC4138<br>File Hash:<br>08DBD67A6638C184A34B2C956A764EB43AE293CD92AEE0B98AB4425C19811C8F | 12/20/2023 00:44:28 | Vixen | 12/15/2023 | 01/16/2024 | PA0002449514 |
| 25 | Info Hash: 753C56352899C5A7DD265E39ADDB7C75A2B9DDA6<br>File Hash:<br>E46DB9F79AEB5A17220F2BB9FF5C34251F8FF9C3F1E20AFCD467145D47A1C4BF | 12/08/2023 15:57:32 | Tushy | 10/22/2023 | 12/05/2023 | PA0002443588 |