**UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-02338-CMA-MEH

STRIKE 3 HOLDINGS, LLC,

     Plaintiff,

v.

JOHN DOE subscriber assigned IP address 69.146.248.41,

     Defendant.

---

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO
EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), makes this motion for entry of an order extending the time within which to effectuate service on John Doe Defendant, and states:

1.     This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

2.     On September 16, 2024, Plaintiff was granted leave to serve a third-party subpoena on Defendant's ISP to obtain the Defendant's identifying information. Plaintiff issued the subpoena on or about September 25, 2024 and, in accordance with the time allowances provided to both the ISP and the Defendant expected to receive the ISP's response on or about October 28, 2024.

3.     On or about November 20, 2024, Plaintiff received the subscriber's identifying information and is currently conducting a further investigation to assist in determining whether the individual identified by the ISP is the appropriate defendant for this action.

1

4.       Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effectuate service on the Defendant no later than November 21, 2024.

5.       Plaintiff respectfully requests that the time to effectuate service of the summons and Complaint on Defendant be extended an additional sixty (60) days, and thus the deadline to effect service be extended to January 20, 2025.  This extension should allow Plaintiff time to complete its further investigation and, if a good faith basis continues to exist, to proceed against that individual (or someone else), to amend the Complaint, and place the summons and Complaint with the process server to attempt service of process.

6.       This motion is made in good faith and not for the purpose of undue delay.

7.       This is Plaintiff's first request for an extension.  None of the parties will be prejudiced by the granting of this request.

WHEREFORE, Plaintiff respectfully requests that the time to effectuate service of the summons and Complaint on Defendant be extended until January 20, 2025.  A proposed order is attached for the Court's convenience.

DATED this 21st day of November, 2024                    Respectfully submitted,


By:  */s/ Jessica Fernandez*
Jessica Fernandez (Bar #: 30219)
Associate In-House Counsel
General Media Systems, LLC
11239 Ventura Blvd
Suite #103 Box 717
Studio City, CA 91604
Phone: 818-253-1453
Fax: 323-872-0022
Jessica@Strike3Holdings.com
Attorney for Plaintiff

2