UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02338-CMA-MEH

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 69.146.248.41,

    Defendant.

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

    THIS CAUSE came before the Court upon Plaintiff's motion for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

    ORDER AND ADJUDGE: Plaintiff's motion is granted. Plaintiff shall have until January 20, 2025 to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this _____ day of _____, 2024.

                                              By:_____
                                              United States Magistrate Judge
                                              Honorable Michael E. Hegarty